■ MIRIAM H. BEERMAN, Appellant, v. MARYANN BLUMHAGEN et al., Defendants, and EDWARD A. PAUR et al., Respondents.— In an action to recover damages for personal injuries, the plaintiff appeals from an order of the Supreme Court, Nassau County, dated December 15, 1959, granting the motion of the defendants Paur for summary judgment and dismissing the complaint as to them. Plaintiff, who was driving her own automobile, attempted to pass the car of the defendants Paur, which was parked at the curb to her right. While so doing, plaintiff's automobile was involved in a head-on collision with an opposite-bound vehicle owned by the defendant Blumhagen and operated by the defendant Burdick. Order reversed, with $10 costs and disbursements, and motion denied. In our opinion the record presents issues of fact as to the negligence of the defendants Paur, and it was error to decide such issues on a motion for summary judgment. Nolan, P. J., Beldock, Kleinfeld and Pette, JJ., concur; Christ, J., dissents and votes to affirm.

■ HAZEL F. BITTSON, Respondent, v. ANTHONY J. BITTSON, Appellant. LOUIS M. WOLF, Respondent.— In an action by a wife against her husband for a separation, the husband appeals from an order of the Supreme Court, Nassau County, entered January 22, 1960, denying his motion to direct the receiver, who has the custody of certain sequestered assets of the defendant, to pay over to him some part thereof. Order affirmed, with $10 costs and disbursements to respondent wife. No opinion. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Pette, JJ., concur.

■ HAZEL F. BITTSON, Respondent, v. ANTHONY J. BITTSON, Appellant. LOUIS M. WOLF, Respondent.— In an action by a wife against her husband for a judicial separation, the husband appeals from an order of the Supreme Court, Nassau County, entered January 29, 1960, denying, after a hearing, his motion: (a) to modify the judgment of separation by. eliminating the award of alimony, and (b) to direct the receiver to pay over to him the income from a certain mortgage. The hearing was held pursuant to the remission by this court on a prior appeal (*Bittson* v. *Bittson*, 7 A D 2d 867). Order affirmed, with $10 costs and disbursements to the respondent wife. No opinion. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Pette, JJ., concur.